GEORGE W. CHURCH et al., Appellants, *v.* GEORGE W. MONT-
GOMERY, Respondent.

*Church* v. *Montgomery,* 11 Misc. Rep. 716, affirmed.
(Argued March 4, 1898; decided March 22, 1898.)

APPEAL from an order and judgment of the General Term
of the late Superior Court of the city of New York, entered
respectively March 4 and 6, 1895, affirming a judgment in
favor of defendant entered upon a decision of the court on
trial at Special Term.

*Wilson W. Hoover* for appellants.

*Edward F. Brown* for respondent.

Order and judgment affirmed, with costs ; no opinion.
All concur, except GRAY, J., absent.

---

CLARA H. PRICE, Respondent, *v.* STEPHEN M. GA NUN et al.,
Appellants.

*Price* v. *Ga Nun,* 11 Misc. Rep. 74, affirmed.
(Argued March 4, 1898; decided March 22, 1898.)

APPEAL from a judgment of the General Term of the late
Superior Court of the city of New York, entered January 24,
1895, upon an order affirming a judgment in favor of plaintiff
entered upon a verdict and an order denying a motion for a
new trial.

*Reuben Leslie Maynard* and *Brainard Tolles* for
appellants.

*George D. Beattys* for respondent.

Judgment and order affirmed, with costs ; no opinion.
All concur, except GRAY, J., absent.